1  ALEXANDER B. CVITAN (SBN 81746),
   E-Mail: alc@rac-law.com
2  MARSHA M. HAMASAKI (SBN 102720), and
   E-Mail: marshah@rac-law.com
3  PETER A. HUTCHINSON (SBN 225399), Members of
   E-Mail: peterh@rac-law.com
4  REICH, ADELL & CVITAN, A Professional Law Corporation
   3550 Wilshire Boulevard, Suite 2000
5  Los Angeles, California 90010-2421
   Telephone: (213) 386-3860; Facsimile: (2l3) 386-5583

6  Attorneys for Construction Laborers Trust Funds for
   Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>A. J. FISTES CORPORATION, a California corporation;<br><br>Defendants. | CASE NO.: CV 14-04894 BRO(VBK)<br><br>JUDGMENT PURSUANT TO STIPULATION |

Pursuant to the Stipulation for Entry of Judgment by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, through their attorneys, Reich, Adell & Cvitan, A Professional Law Corporation, by Marsha M. Hamasaki, and Defendant A. J. FISTES CORPORATION, a California corporation through its attorneys, Miller ·Miller ·Menthe, LLP by Darrel C. Menthe, and good cause appearing therefor,

/ / /

-1-

283060.1

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the Laborers Health and Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, Plaster Tenders Apprentice and Training Trust Fund For Southern California, and Plastering Trades Administrative Trust Fund, and against Defendant , A.J. FISTES CORPORATION, a California corporation for the principal sum of $95,414.17, and $5,000.00 in attorney's fees for a total Judgment sum of $100,414.17 covering the period from November 1, 2011 to November 30, 2014.

**IT IS SO ORDERED.**

Dated:  February 25, 2015                  _____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

283060.1